IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40628
Conference Calendar
_____


TED LEE WILLIAMS,

                                        Plaintiff-Appellant,

versus

K. RASBERRY, Dr.; VELMA M. WOLF,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-123
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Ted Lee Williams appeals the district court's dismissal of his civil rights suit pursuant to 28 U.S.C. § 1915(d).  Williams alleged that the defendants provided inadequate medical care in violation of 42 U.S.C. § 1983 because the medication prescribed for his allergy and sinus condition was changed.

    We have reviewed the record and Williams's arguments on appeal, and we perceive no issue of arguable merit.  Accordingly,

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

we dismiss the appeal as frivolous.  5th Cir. R. 42.2.
Williams's request for appointment of counsel is DENIED.

We caution Williams that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Williams is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.